<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 01-6055**

---

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ROBERT DANIEL HELMS,

                                    Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Lacy H. Thornburg, District Judge. (CR-99-4, CA-00-575-3)

---

Submitted: March 23, 2001          Decided: April 12, 2001

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Robert Daniel Helms, Appellant Pro Se. Kenneth Michel Smith, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Daniel Helms appeals the district court's order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Helms, Nos. CR-99-4; CA-00-575-3 (W.D.N.C. filed Dec. 6, 2000; entered Dec. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2